UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 96-CR-40003 |
| ) | |
| SUBRAHMANYAM M. KOTA ) | |

### DISMISSAL OF INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment against SUBRAHMANYAM M. KOTA, which charges him with Filing a False Tax Return, in violation of 26 U.S.C. §7206(1). In support of this dismissal, the government states that, pursuant to a plea agreement, SUBRAHMANYAM M. KOTA has pleaded guilty to a Superseding Indictment in Criminal Number 95-CR-10015 and therefore this dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

STEPHEN G. HUGGARD
Assistant U.S. Attorney

Leave to File Granted:

_____
United States District Court Judge

Dated: 3/19/03



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 96-CR-40003 |
| ) | |
| SUBRAHMANYAM M. KOTA ) | |

## DISMISSAL OF INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment against SUBRAHMANYAM M. KOTA, which charges him with Filing a False Tax Return, in violation of 26 U.S.C. §7206(1). In support of this dismissal, the government states that, pursuant to a plea agreement, SUBRAHMANYAM M. KOTA has pleaded guilty to a Superseding Indictment in Criminal Number 95-CR-10015 and therefore this dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES B. FARMER
Chief, Criminal Division

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

STEPHEN G. HUGGARD
Assistant U.S. Attorney

Leave to File Granted:

_____
CHARLES B. SWARTWOOD, III
United States District Court Judge

Dated:_____